S. LANE TUCKER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
AMANDA L. GAVELEK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov
Emails: Amanda.gavelek@usdoj.gov; Amanda.L.Gavelek2@uscg.mil

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| vs. | ) | ATTEMPTED DESTRUCTION OF |
| | ) | AIRCRAFT |
| MARIAN TILLION BECK, | ) | Vio of 18 U.S.C. § 32(a)(8) |
| | ) | |
| Defendant. | ) | COUNT 2: |
| | ) | GROSS NEGLIGENT OPERATION |
| | ) | OF A VESSEL |
| | ) | Vio of 46 U.S.C. § 2302(b) |
| | ) | |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about August 23, 2022, in the District of Alaska, the defendant, MARIAN TILLION BECK, did knowingly and willfully attempt to interfere with Eric Lee, a person engaged in the operation of N64397 which was an aircraft in the special aircraft jurisdiction of the United States, and did so with a reckless disregard for the safety of human life.

All of which is in violation of 18 U.S.C. §32(a)(8).

## COUNT 2

On or about August 23, 2022, in the District of Alaska, the defendant, MARIAN TILLION BECK, did operate a vessel in a grossly negligent manner that endangered the life, limb, or property of a person.

All of which is in violation of 46 U.S.C. §2302(b).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States of America
United States Attorney

DATED:     1-19-23

Page 2 of 2