Kenai Law Group, LLC
10672 Kenai Spur Hwy, Suite 112 • Kenai, AK 99611
P: (907) 283-2600 • F: (907) 283-4901
Andy Pevehouse: andy@kenailaw.com
Paralegal: amy@kenailaw.com

*Counsel for Defendant Marian Tillion Beck*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 1:23-cr-00001-TMB-MMS |
| Plaintiff, ) | |
| vs. ) | **REQUEST FOR CHANGE** |
| ) | **OF PLEA HEARING** |
| MARIAN TILLION BECK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Marian Beck, by and through Kenai Law Group, LLC, gives notice that she has reached a plea agreement with the government pursuant to Federal Rule of Criminal Procedure 11(c). The parties have agreed to a change of plea hearing after September 1, 2023, at the Court's convenience. The government has indicated willingness to waive any presentence investigation report, meaning the Court could sentence Ms. Beck at the same time as her change of plea hearing if the Court is also willing to forego a report.

REQUEST FOR CHANGE OF PLEA HEARING         *USA V. BECK*
                                           CASE NO. 1:23-CR-00001-TMB-MMS
                                           Page 1 of 3

Case 1:23-cr-00001-TMB-MMS   Document 19   Filed 07/27/23   Page 1 of 3

DATED at Kenai, Alaska, this 27th day July 2023.

          KENAI LAW GROUP, LLC
          Attorneys for Defendant

          /s/ Andy L. Pevehouse
          Andy Pevehouse • ABA No. 0711099

Kenai Law Group, LLC
10672 Kenai Spur Hwy, Suite 112 • Kenai, AK 99611
P: (907) 283-2600 • F: (907) 283-4901
Andy Pevehouse: andy@kenailaw.com
Paralegal: amy@kenailaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of July, 2023, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

By: /s/ Amy E Johnson
    Amy E Johnson
    Kenai Law Group, LLC

REQUEST FOR CHANGE OF PLEA HEARING

*USA V. BECK*
CASE NO. 1:23-CR-00001-TMB-MMS
Page 3 of 3