



Case 1:23-cr-00001-TMB-MMS   Document 49-2   Filed 11/01/23   Page 2 of 2
EXHIBIT B
PAGE 2 of 2