The Halibut Cove Community, in cooperation with the FAA, have established the following regulation for Commercial Aircraft Operators in Halibut Cove, Alaska:

All commercial operators are to land "outside the Cove" and taxi to their intended destination "inside the Cove." This chartlet has lines drawn on it across the point on the East, and over the power lines to the West, indicating the boundary area considered as "inside the Cove." Commercial aircraft landing outside of these boundary lines and displacement taxiing to the intended destination "inside the Cove" is the established method for commercial aircraft operators. Displacement taxiing in the West entrance (aka as "Narrows") shall not occur during the following scheduled ferry service times: 0945-1015; 1245-1315; 1545-1615; 1745-1815; 2045-2115; and 2245-2315.

Daily tides significantly affect the Cove, so please confirm your route prior to arrival and departure.

