Latest update on July 10 Flight Safety meeting with FAA from Brad Sapp:

Hello All,

Our plans for the Halibut Cove flight safety meeting have been accomplished! Myself and two colleagues will be coming to Halibut cove via water taxi departing Homer at 3:00pm on July 10th. Our travels will put us in Halibut Cove at 3:30 ish giving us a little time to get the "lay of the land and sea". The meeting will begin shortly after 4:00 pm and all interested parties are invited to attend. I am hoping that we will be able to wrap the meeting up by 6:00 pm. We haven't yet settled on a place for the meeting so I am deferring that arrangement to the community of Halibut Cove. If anyone would like to make suggestions for a meeting location please do so. I will be happy to meet wherever it can be arranged.

I think that we should open the agenda with hearing the concerns of all parties and then entertain possible solutions and suggestions. My colleagues and I will offer our guidance and help steer the community toward mutually satisfying conclusions. Bring an open mind and a willingness to cooperate and I believe that we can help restore safety and peace of mind. Spread the word because maximum participation will ensure that all will be heard.

Thank you and see ya soon!

Michael Bradley Sapp
FAASTeam Program Manager
Juneau Flight Standards District Office
907-790-7310