As a full time resident of Halibut Cove for the last 35 years, I have seen numerous close calls involving aircrafts and water crafts. Our tidal change in this little Cove can be as much as 28 feet in a 6 hour time period making the currents and conditions to change dramatically. We met as a community on several occasions. There was an agreement. Eric Lee failed to honor these agreements. The safety for everyone is the priority. Eric Lee wedging in between closely operated Cove ferries on a time designated for boat operation placed us all at risk. He seemed to do this intentionally otherwise why would he cutting off the ferry, on multiple days, at exactly 10 AM. I am sending you some pictures, taken from Marians boat, the Halibut Cove ferry and from her beach in front of her house and restaurant. These plane crashes occurred between 2017 and now. When you're on a boat with over 30 people and a plane is crashing right in front of you it's hard to not see the danger. I have reached out to the FAA and even Lisa Murkowski's office on more than one occasion during the past 5 years regarding the dangers being placed on us all. I have shared other close calls with aircrafts coming in on blind corners at low tide. Marian Beck was gesturing to Eric Lee, albeit in a dramatic fashion, that he needed to stop violating our safety rules. She is way too good of a boat operator to let anyone get hurt. We are sorry she is going through this. I am sending a few photo's.

Kay Thurman