| From: | Eric Lee |
|---|---|
| To: | Carron, Adam J CIV (USA) |
| Subject: | [Non-DoD Source] Eric Lee airplane/ boat encounter |
| Date: | Thursday, February 16, 2023 8:43:17 PM |
| Attachments: | IMG_2648.mov |

Adam,

This is the statement I sent to the FAA for their files.

Let me know if you need anything else.

Regards,

Eric

>Begin forwarded message:
>
>**From:** Eric Lee <reservations@alaskaultimatesafaris.com>
>**Subject: Re: Alaska ultimate safaris**
>**Date:** September 30, 2022 at 5:53:30 PM AKDT
>**To:** "Adams, Frederick G (FAA)" <Frederick.G.Adams@faa.gov>
>**Cc:** "Longan, David C (FAA)" <David.C.Longan@faa.gov>, "McMillan, Daniel S (FAA)" <Daniel.S.McMillan@faa.gov>, "Percy, Jon (FAA)" <Jon.Percy@faa.gov>, "Versaw, Charles B (FAA)" <Charles.B.Versaw@faa.gov>
>
>Good Afternoon/Morning,
>
>As follows:
>
>Date: August 23, 2022
>
>Time: 10:06am
>
>Location: Halibut Cove, Alaska - South of Homer, Alaska
>
>Pilot Name: Eric Lee
>
>Passengers: 7 total plus pilot
>
>Portion of Operation: taxi for departure
>
>Departure/Destination: Departing outside of the west entrance to Halibut Cove. Landing within Katmai National Park for Bear viewing operation.
>
>Description: We were taxiing through Halibut Cove from Still Point Lodge to the west entrance. Before reaching the dock of the restaurant called the Saltry we were accosted by a boat. At the time, the owner and driver of the boat were unknown. It was apparent very quickly that several near misses of the boat to the

aircraft was not a mistake. I avoided contact with the boat at all costs. We continued through the west entrance until we were clear and departed the area. The aircraft operated normally and my passengers and I continued with the day as normal concluding the boat driver had a logical explanation that we were not aware of. We landed a taxied through Halibut cove later that same day without further incident except for an unfriendly stare down by the boat operator as we taxied by the Saltry dock.

Due diligence addressing a video which captured the occurrence of a sound to be similar of a propeller hitting the water.

An A&P, that we hired, with IA credentials concluded with the help of two overhaul facilities that the sound did not constitute a requirement for a tear down inspection of the engine or propeller. Legal definition of "prop strike" was researched by using Lycoming/ Continental/ Pratt and Whitney manuals and AC 43.13. 1B for guidance. The mechanic signed the aircraft off as airworthy after a thorough inspection and peer review. Both Covington and Aero Recip were also contacted to watch the video of the occurrence and help determine a proper course of action. Both facilities did not, in their professional option - based on guidance from overhaul manuals of a Pratt and Whitney R985, didn't, require a tear down inspection. The Pratt and Whitney engine manual concludes that a sudden stoppage of the engine is considered criteria for a tear down inspection. The wave action didn't seem out of the ordinary for a seaplane operation.

Please contact me with suggestions or comments,

Regards,

Eric Lee
Alaska Ultimate Safaris

***Movie which shows occurrence from a witness in the cove. The movie is from public sources not from the individual whom took the video.