**STILLPOINT LODGE LLC**
46877 Stillpoint Trail
Halibut Cove, AK 99603

**To: Michelle Nesbett**  January 19, 2024
MNesbett@bhb.com

Dear Ms. Nesbett:

Halibut Cove is a very small tightknit community. We are all like family, and like any family, we have our personal problems from time to time, deal with them, and move on. Marian and Dave are very close to us. Dave actually helped build our lodge.

Marian is a key figure in our little community. Any punishment she receives will have an effect on all us. As serious as the incident was, the bottom line is, nobody got hurt and our guests still went on to have a great adventure.

Due to Marian's age and mental health, we feel that any imprisonment will equate to cruel and unusual punishment, especially for her husband, Dave, who is one of the best humans on this planet. The stress and embarrassment that the whole family has already had to endure over the whole situation is punishment enough. Marian is no threat to the community. This was an isolated incident completely outside of her nature and we have absolutely no reason to believe anything like it will ever happen again. We ask that you take this into consideration when sentencing.

*James W Thurston*
**James W. Thurston**
**Stillpoint Lodge Owner**

*JT*
**James P. Thurston**
**Stillpoint Lodge Director**